No. 00–707.  GOLDHAMER v. COHEN.  Sup. Ct. Va.  Motion of Children's Rights Counsel for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 00–7102.  SCHOPPER v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL.  C. A. 7th Cir.  Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 99–2045.  EL SHAHAWY v. SARASOTA COUNTY PUBLIC HOSPITAL BOARD, *ante*, p. 825;

No. 99–2087.  IN RE BULLARD, *ante*, p. 809;

No. 99–9368.  BARNWELL v. COWAN, WARDEN, *ante*, p. 991;

No. 99–9542.  LANCASTER v. CALBONE, WARDEN, *ante*, p. 836;

No. 99–9923.  RICHARDSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, *ante*, p. 851;

No. 99–9954.  COLLINS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, *ante*, p. 852;

No. 99–9983.  R. M. C. v. GEORGIA BOARD TO DETERMINE FITNESS OF BAR APPLICANTS, *ante*, p. 854;

No. 99–10183.  HARRIS v. KAYLO, WARDEN, *ante*, p. 865;

No. 99–10199.  DUFRENE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 866;

No. 00–140.  UNIVERSAL BANCARD SYSTEMS, INC. v. BANKCARD AMERICA, INC., ET AL., *ante*, p. 877;

No. 00–155.  WHITEHORN v. TURNER ET AL., CO-EXECUTORS OF THE ESTATE OF TURNER, *ante*, p. 878;

No. 00–579.  FOXX v. DANZIG, SECRETARY OF THE NAVY, *ante*, p. 993;

No. 00–681.  CALHOUN ET UX. v. YAMAHA MOTOR CORP., U. S. A., ET AL., *ante*, p. 1037;

No. 00–5221.  MUNOZ v. UNITED STATES, *ante*, p. 892;

No. 00–5361.  GRINOLS v. BROWN ET AL., *ante*, p. 900;

No. 00–5428.  RICH v. COOPERVISION, INC., ET AL., *ante*, p. 961;

No. 00–5727.  CARTER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 948;

No. 00–5734.  DO-NGUYEN v. MESA VIEW HOMEOWNERS ASSN. ET AL., *ante*, p. 952;

No. 00–5744. CARMONA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 913;

No. 00–5751. QUEVEDO v. MEAKER, *ante*, p. 961;

No. 00–5775. SIMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 950;

No. 00–5780. CLEFF v. BROYLES, WARDEN, *ante*, p. 950;

No. 00–5823. DAVIES v. MCCAUGHTRY, WARDEN, *ante*, p. 962;

No. 00–5849. WHITFIELD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 963;

No. 00–5881. DYSON v. CAIN, WARDEN, *ante*, p. 964;

No. 00–5891. METCALF v. MONROE COUNTY SHERIFF'S DEPARTMENT ET AL., *ante*, p. 965;

No. 00–5898. WAGNOON v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, *ante*, p. 965;

No. 00–6025. BRUTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 981;

No. 00–6040. WHITLEY v. HALL ET AL., *ante*, p. 995;

No. 00–6097. KINGS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 982;

No. 00–6098. MASON v. NORWEST BANK ET AL., *ante*, p. 996;

No. 00–6181. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 982;

No. 00–6220. TEACHERSON v. PATENT AND TRADEMARK OFFICE, *ante*, p. 997;

No. 00–6393. DANIEL v. UNITED STATES, *ante*, p. 998;

No. 00–6607. PHILLIPS v. UNITED STATES, *ante*, p. 1023;

No. 00–6770. WHITEHEAD v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *ante*, p. 1027; and

No. 00–6775. CRUTHIRD v. MASSACHUSETTS, *ante*, p. 1027. Petitions for rehearing denied.

No. 00–149. MCKENZIE ET AL. v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES, ET AL., *ante*, p. 919. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.